IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03420-BNB

WESLEY BERNARD WILLIAMS,

    Plaintiff,

v.

DAVID ALLRED, (Doctor),

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be assigned to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be assigned to a district judge and to a magistrate judge pursuant to D.C.COLO.LCivR 40.1(a).

DATED January 15, 2014, at Denver, Colorado.

                                                  BY THE COURT:

                                                  s/ Boyd N. Boland
                                                  United States Magistrate Judge