IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No 13-cv-03420-RBJ-BNB

WESLEY BERNARD WILLIAMS,

Plaintiff,

v.

DAVID ALLRED (Doctor),

Defendant.

---

**ORDER**

---

This matter arises on the following papers filed by the plaintiff:

(1)   Three letters which address the filing fee [Docs. ## 9, 11, and 14] (the "Letters");
and

(2)   An untitled motion seeking discovery from the defendant [Doc. #15] (the "Motion").

The Letters are STRICKEN and the Motion is DENIED without prejudice as premature.

The plaintiff may not file letters with the court.  "[A] request for a court order must be made by motion."  Fed. R. Civ. P. 7(b)(1).  "The rules governing captions and other matters of form in pleadings apply to motions and other papers."  Fed. R. Civ. P. 7(b)(2).  Rule 10(a), Fed. R. Civ. P., requires all papers to have a caption with the court's name, a title, and a file number. The letters are stricken.

The plaintiff's Motion requests discovery from the defendant.  The defendant has waived service, and his responsive pleading is not yet due.  A scheduling conference has not been held, and discovery has not commenced.  The plaintiff may request the records he seeks when

discovery commences after the scheduling conference.  The Motion is denied without prejudice as premature.

IT IS ORDERED:

(1)   Document Nos. 9, 11, and 14 are STRICKEN, and the plaintiff is directed to cease filing letters with the court; and

(2)   The Motion [Doc. #15] is DENIED without prejudice.

Dated March 5, 2014.

BY THE COURT:

 s/ Boyd N. Boland                              
United States Magistrate Judge